IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-mj-08051-ADM |
| Fredrick Herring, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, Drew Limbaugh, the complainant in this case, being duly sworn state the following is true and correct to the best of my knowledge and belief, establishes probable cause that the following offense has been committed.

## COUNT ONE

On or about March 22, 2023, in the District of Kansas, the defendant,

**FREDRICK HERRING,**

knowingly escaped from Geo Reentry Inc., a Residential Reentry Office in Kansas City, Kansas, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of an order of the United States District Court for the District of Kansas, Case Number 5:20CR40006-001, upon conviction for Assault.

In violation of Title 18, United States Code, Section 751(a) Escape from Custody.

## STATEMENT OF FACTS

1

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the District of Kansas, Kansas City office. I have served as a DUSM since July 19th, 2022. I am a commissioned federal law enforcement officer. I have successfully completed the integrated Criminal Investigator Training Program and Basic Deputy United States Marshal program at the Federal Law Enforcement Training Center in Glynco, GA. Prior to being hired by the USMS, I was employed by the Aurora, Colorado Police Department as a commissioned Police Officer for 7 years and attended the Aurora Police Training Academy. As a DUSM, I am responsible for investigating and apprehending federal fugitives. I have been involved in numerous criminal, fugitive, and apprehension investigations. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.

2. On January 12th, 2022 the United States District Court for the District of Kansas, in case number 5:20CR40006 - 001, sentenced Fredrick Herring upon his conviction for Assault, a Class D Felony, in violation of Title 18U.S.C. § 111(a). The Court sentenced Herring to the custody of the United States Bureau of Prisons (BOP) for a term of imprisonment of 37 months, as reflected in the judgment order filed January 12th, 2022. BOP is an authorized representative of the Attorney General, as set forth in Title 18, United States Code, Section 751.

3. The GEO Reentry Inc., on Brewer Place in Leavenworth, Kansas, is a residential reentry center ("RRC") that provides transitional services for BOP inmates who are serving the

2

final part of their sentences. BOP transferred Herring to that RRC on February 7th, 2023. Herring was scheduled to be released from the Bureau of Prisons (BOP) on November 15, 2023.

4. On March 22, 2023, at approximately 6:45 AM, RRC staff at the Geo Group, Inc. advised that resident Herring walked out the front door and down the street without permission to leave the facility. Staff followed Herring who was walking away from the facility and ordered him to return to the RRC or he would be placed on escape status. Herring replied with profanities and ran away from staff and the facility. RRC staff called Herring's phone, but it was turned off. An emergency count of residents was conducted, and the outer grounds were searched. Subsequently, staff called Herring's mother who was listed as his emergency contact and a message was left for her. Herring had not returned to the RRC by 7:20 AM and per the BOP duty Officer he was therefore placed on escape status.

Based on the foregoing, I respectfully submit there is probable cause to believe that Fredrick Herring has violated Title 18, United States Code, Section 751(a) Escape from Custody.

Drew Limbaugh
Deputy United States Marshal

Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on March 28, 2023.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

**PENALTIES:**

3

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years S.R.
- $100 special assessment